```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
 5
        1301 Clay Street, Suite 340-S
 6      Oakland, California 94612
        Telephone: (510) 637-3705
 7      Facsimile: (510) 637-3724
        E-Mail:    James.C.Mann@usdoj.gov
 8

 9  Attorneys for Plaintiff
```

**FILED**

JUN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 4-08-70393 |
| --- | --- | --- |
| Plaintiff, | ) | SEALING APPLICATION AND SEALING ORDER |
| vs. | ) | **WDB** |
| DANIEL LEONARD GORDON, aka "BUTTER," | ) | |
| Defendant. | ) | **BZ** |

The United States requests that the Complaint, Penalty Sheet, and Arrest Warrant in the above-captioned case filed with the Court on June 30, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Federal Bureau of Investigation). The reason for this request is to facilitate the arrest of the defendant. Revealing the Complaint may compromise the arrest of the defendant.

////

////

////

Document No.
2
District Court
Criminal Case Processing

SEALING APPLICATION AND ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: June 30, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES C. MANN
Assistant United States Attorney

## ORDER

On the government's application, the Complaint, Penalty Sheet, and Arrest Warrant filed with the Court on June 30, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Federal Bureau of Investigation).

IT IS SO ORDERED.

DATED: 30 June 08

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER          -2-