| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 5 min | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lashanda Scott | | | REPORTER/FTR<br>9:55-10:00 | | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | | DATE<br>July 8, 2008 | | | NEW CASE<br>☐ | CASE NUMBER<br>4-08-70393 WDB | |

| | | | APPEARANCES | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT<br>Daniel Leonard Gordon | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ethan A. Balogh (CJA)(General) | | PD. ☐ RET. ☐<br>APPT. ☒ | |
| U.S. ATTORNEY<br>Robert Rees | | INTERPRETER | | ☒ | FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Paul Mamiril | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | | ☒ PARTIAL PAYMENT<br>OF CJA FEES | ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☒ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |

| PLEA | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | | GUILTY TO COUNTS: ☐ |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | | OTHER: |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO:<br>7/11/2008 | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET | |
| AT:<br>9:30 a.m. | ☐ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER | |
| BEFORE HON.<br>NJV | ☒ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING | |

ADDITIONAL PROCEEDINGS

cc: NJV, Pretrial

DOCUMENT NUMBER: