UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0467 SBA |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO VACATE DEFENDANT'S MOTIONS WITHOUT PREJUDICE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| DANIEL LEONARD GORDON, ) | |
| Defendant. ) | Date:  December 16, 2008<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that defendant's motions and the motion hearing on December 16, 2008 be vacated without prejudice. The parties further requested that this Court set this matter for change of plea on December 16, 2008 at 11:00 a.m., and that the Court exclude time under the Speedy Trial Act between November 21, 2008 and December 16, 2008 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

**IT IS HEREBY ORDERED** that defendant's motions and the motion hearing on December 16, 2008 are vacated without prejudice.

**IT IS FURTHER ORDERED** that this matter is set for change of plea on December 16, 2008 at 11:00 a.m., and that time between November 21, 2008 and December 16, 2008 is

1  excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I) for
2  consideration by the Court of a proposed plea agreement to be entered into by the defendant and
3  the attorney for the government.
4
5
6  DATED:11/24/08                                              _____
                                                               HON. SAUNDRA BROWN ARMSTRONG
7                                                              United States District Judge