1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )    No. CR-08-0467 SBA
                                    )
14     Plaintiff,                   )    NOTICE OF DISMISSAL
                                    )
15   v.                             )
                                    )
16 DANIEL LEONARD GORDON,           )
       aka "Butter,"                )
17                                  )
                                    )
18     Defendant.                   )
                                    )
19 _____ )

20

21     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

22 United States Attorney for the Northern District of California dismisses the Indictment returned

23 against this defendant in the above-captioned matter.  On or about December 16, 2008, defendant

24 pleaded guilty to an Information with the same case number.  This Court sentenced defendant on

25 or about March 24, 2009.  Pursuant to the Plea Agreement, the government moves to dismiss the

26 ////

27 ////

28 ////

NOTICE OF DISMISSAL
No. CR-08-0467 SBA

Indictment following defendant's plea of guilty to the Information and defendant's sentencing upon the same.

DATED: March 30, 2009                    Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                               _____/s/_____
                                               JAMES C. MANN
                                               Assistant United States Attorney

The United States' request for leave of Court is **GRANTED** and the Indictment is **DISMISSED**.

DATED:           3/30/09                    _____*Saundra B Armstrong*_____
                                               HON. SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

NOTICE OF DISMISSAL
No. CR-08-0467 SBA