UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL LEONARD GORDON,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CR-08-0467 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET DISPOSITION HEARING ON APRIL 19, 2011 AT 3:00 P.M.<br><br>Date:    April 19, 2011<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The above-captioned matter is set on April 19, 2011 at 10:00 a.m. before this Court for a status conference. The parties requested that the matter be moved to 3:00 p.m. on the same date for disposition.

**IT IS HEREBY ORDERED** that the above-captioned matter is moved to April 19, 2011 at 3:00 p.m. for disposition.

**IT IS FURTHER ORDERED** that the United States Probation Officer shall prepare a disposition memorandum.

DATED: 4/11/11

                                        */s/ Saundra B Armstrong*
                                     HON. SAUNDRA BROWN ARMSTRONG
                                     United States District Court Judge

STIP. REQ. TO SET MATTER ON APRIL 19, 2011 AT 3:00 P.M.
No. CR-08-0467 SBA