UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0467 SBA |
| Plaintiff, | ) ) | **AMENDED** ORDER GRANTING STIPULATED REQUEST TO SET DISPOSITION HEARING ON APRIL 19, 2011 AT 3:00 P.M. |
| v. | ) ) | |
| DANIEL LEONARD GORDON, | ) ) | Date:  April 19, 2011 |
| Defendant. | ) ) ) ) ) | Time:  10:00 a.m. Court:  Hon. Saundra Brown Armstrong |

The above-captioned matter is set on April 19, 2011 at 10:00 a.m. before this Court for a status conference. The parties requested that the matter be moved to 3:00 p.m. on the same date for disposition.

**IT IS HEREBY ORDERED** that the above-captioned matter is moved to **April 20, 2011** at 3:00 p.m. for disposition.

**IT IS FURTHER ORDERED** that the United States Probation Officer shall prepare a disposition memorandum.

DATED: 4/11/11

_/s/ Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO SET MATTER ON APRIL 19, 2011 AT 3:00 P.M.
No. CR-08-0467 SBA