UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL LEONARD GORDON,<br><br>    Defendant. | No. CR-08-0467 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE DISPOSITION HEARING TO MAY 10, 2011<br><br>Date:     April 27, 2011<br>Time:    3:00 p.m.<br>Court:   Hon. Saundra Brown Armstrong |

The above-captioned matter is set on April 27, 2011 at 3:00 p.m. before this Court for a disposition hearing. The parties requested that the matter be moved to May 10, 2011 at 10:00 a.m. for the same purpose.

**IT IS HEREBY ORDERED** that the above-captioned matter is continued to May 10, 2011 at 10:00 a.m. for disposition.

**IT IS FURTHER ORDERED** that, to the extent necessary for defendant's admission into the drug treatment program, representatives from the New Bridge Foundation be permitted to interview defendant while defendant is in custody.

DATED:_4/26/11

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO CONT. HEARING TO MAY 10, 2011
No. CR-08-0467 SBA