# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DANIEL LEONARD GORDON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-08-00467-001 SBA<br>BOP Case Number: DCAN408CR000467-001<br>USM Number:<br>Defendant's Attorney : JAY NELSON |

**THE DEFENDANT:**
[x] admitted guilt to violation of condition(s) charges 1 and 2 of the Probation Form 12.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | DEFENDANT FAILED TO PARTICIPATE IN A RESIDENTIAL DRUG TREATMENT PROGRAM AT THE DISCRETION OF THE PROBATION OFFICER | JUNE 1, 2011 |
| 2 | DEFENDANT FAILED TO NOTIFY PROBATION OF HIS NEW ADDRESS | JUNE 1, 2011 |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:                    Defendant's Mailing Address:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address: